

# NUMBER 13-07-00606-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALMA GUAJARDO, **Appellant**,

v.

SYLVIA HOLOCHWOST, **Appellee**.

---

### On appeal from the County Court at Law No. 1
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Alma Guajardo, and appellee, Sylvia Holochwost, have filed an agreed motion to dismiss this appeal. According to the motion, the parties have reached an agreement to settle and compromise their differences. Appellant and appellee request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of June, 2008.